IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

LOWELL B. LAY, )
 )
       Petitioner, )
 )
v. ) Case No. CIV-05-377-RAW
 )
MIKE MULLIN, )
 )
       Respondent. )

## JUDGMENT

Pursuant to the Order contemporaneously entered, the Court hereby enters this Judgment pursuant to Rule 58 F.R.Cv.P. dismissing this action.

**ORDERED THIS 22nd DAY OF JANUARY, 2008.**

**Dated this 22nd Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma